JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorneys for Defendant*
EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON BLAZEVICH, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, SYNCHRONY BANK and PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | Case No. 2:20-cv-01077-RFB-EJY <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 8, 2020 through and including **July 29, 2020**. Plaintiff and Equifax are actively engaged in settlement

/ / /

/ / /

/ / /

/ / /

discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

This stipulation is filed in good faith and not intended to cause delay.

    Respectfully submitted this 29th day of June, 2020.

| | |
|---|---|
| CLARK HILL, PLLC | <u>*No Opposition*</u> |
| By: //s// Jeremy J. Thompson <br> JEREMY J. THOMPSON, ESQ. <br> Nevada Bar No. 12503 <br> 3800 Howard Hughes Pkwy., Suite 500 <br> Las Vegas, NV 89169 <br> Telephone:  (702) 862-8300 <br> Facsimile:  (702) 862-8400 <br> Email: jthompson@clarkhill.com <br> *Attorneys for Defendant* <br> *Equifax Information Services LLC* | //s// Steven A. Alpert <br> STEVEN A. ALPERT, ESQ. <br> Nevada Bar No. 8353 <br> PRICE LAW GROUP, APC <br> 5940 S. Rainbow Blvd., Ste. 3014 <br> Las Vegas, NV 89118 <br> Telephone: (702) 794-1457 <br> Facsimile: (866) 401-1457 <br> Email: alpert@pricelawgroup.com <br> *Attorney for Plaintiffs* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  June 29, 2020

- 2 -

64606600v.1
ClarkHill\95782\337215\260047528.v1-6/29/20