Jeremy Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AARON BLAZEVICH,<br><br>                  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, SYNCHRONY BANK and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                  Defendant. | Case No. 2:20-cv-01077-RFB-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 29, 2020 through and including **August 19, 2020**. Plaintiff and Equifax are actively engaged in settlement discussions.

. . .

. . .

. . .

. . .

. . .

65075255v.1

1  The additional time to respond to the Complaint will facilitate settlement discussions. This joint
2  motion is filed in good faith and not intended to cause delay.
3       Respectfully submitted this 29th day of July, 2020.

4  CLARK HILL, PLLC                                    <u>**No opposition**</u>

5
6  By: /s/ *Jeremy Thompson*                           /s/Steven A. Alpert
       Jeremy Thompson                                 Steven A. Alpert
7      Nevada Bar No. 12503                            Price Law Group, APC
       CLARK HILL, PLLC                                5940 S. Rainbow Blvd.
8      3800 Howard Hughes Pkwy                        Suite 3014
       Suite 500                                      Las Vegas, NV 89118
9      Las Vegas, NV 89169                            Tel: 794-2008
       Tel: 702-697-7527                              Fax: 866-401-1457
10     Fax: 702-862-8400                              Email: alpert@pricelawgroup.com
       Email: jthompson@clarkhill.com                 *Attorney for Plaintiff*
11

12 *Attorneys for Defendant*
   *Equifax Information Services LLC*
13

14

15

16

17
   IT IS SO ORDERED:
18

19  [signature]
    United States Magistrate Judge
20
    DATED: July 30, 2020
21

22

23

24

25

26

27

28

- 2 -

65075255v.1

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I presented the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ *Jeremy Thompson*
Jeremy Thompson
Attorney for Defendant
Equifax Information Services LLC

65075255v.1