# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AARON BLAZEVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, SYNCHRONY BANK, AND PORTFOLIO RECOVERY ASSOCIATES, LLC.<br><br>　　　　Defendants. | Case No.: 2:20-cv-1077-LRH-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SYNCHRONY BANK**<br><br>AND ORDER THEREON |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Aaron Blazevich and Defendant Synchrony Bank ("Synchrony"), by and through undersigned counsel, hereby stipulate that all claims against Synchrony, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

//

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: September 22, 2020

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

*Attorneys for Plaintiff,*
*Aaron Blazevich*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/Matthew R. Tsai*
J Christopher Jorgensen
Nevada Bar No. 5382
cjorgensen@lrrc.com
Matthew Tsai, Bar No. 14290
MTsai@lrrc.com
3993 Howard Hughes Parkway, Suite 600 Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398
*Attorneys for Defendant Synchrony Bank*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: September 24, 2020