**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON BLAZEVICH,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, SYNCHRONY BANK, AND PORTFOLIO RECOVERY ASSOCIATES, LLC.<br><br>  Defendants. | Case No.: 2:20-cv-1077-LRH-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Aaron Blazevich and Defendant Experian Information Solutions, Inc ("Experian"), by and through undersigned counsel, hereby stipulate that all claims against Experian, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

//

//

//

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: December 23, 2020

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Aaron Blazevich*

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
ANDREW J. SHARPLES
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: asharples@nblawnv.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: this 4th day of January, 2021 _____