**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AARON BLAZEVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, SYNCHRONY BANK, AND PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendants. | Case No.: 2:20-cv-1077-LRH-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION, LLC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Aaron Blazevich and Defendant Trans Union, LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that all claims against Trans Union shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs. This order resolves the last pending claim and closes the case.

//

//

//

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: March 9, 2021

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Aaron Blazevich*

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
JENNIFER BERGH
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
Email: jbergh@qslwm.com
*Attorneys for Defendant*
*Trans Union, LLC*

IT IS SO ORDERED:

DATED this 10th day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE